**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LUIS DIAZ,**

     **Plaintiff,**

**-vs-**                   **Case No. 6:11-cv-955-Orl-22KRS**

**ORTHOMEDX CORPORATION and**
**JOHN FRALEY,**

     **Defendant.**
_____

**ORDER**

  This cause is before the Court on the Joint Motion for Approval of Settlement (Doc. No. 19) filed on October 28, 2011.

  The United States Magistrate Judge has submitted a report recommending that the Motion be granted in part.

  After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

  Therefore, it is **ORDERED** as follows:

  1.  The Report and Recommendation filed November 3, 2011 (Doc. No. 20) is ADOPTED and CONFIRMED and made a part of this Order.

2. The Joint Motion for Approval of Settlement (Doc. No. 19) is GRANTED in part. The Court finds the settlement is a fair and reasonable resolution of a bona fide dispute under the FLSA and the amount of fees are reasonable on its face, considering the activity reflected on the docket and the successful result for Plaintiff.

3. Plaintiff's counsel is directed to provide a copy of this Order to Plaintiff.

4. This case is DISMISSED with prejudice.

5. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on November 22, 2011.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge